

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MICHAEL H. SIMPSON, M. D., INDIVIDUALLY AND D/B/A EL PASO DERMATOLOGY CENTER, | § § | No. 08-16-00076-CV Appeal from the |
| Appellant, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| MARIA P. BARTON, | § | (TC# 2015-DCV-1652) |
| Appellee. | § | |
|  | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **August 15, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alfonso L. Melendez, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before August 15, 2016.

IT IS SO ORDERED this 14th day of July, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.